■ In the Matter of JOSEPH J. KEARNS, Appellant, v RICHARD J. BOWEN, as City Manager of the City of Long Beach, et al., Respondents.—In a proceeding pursuant to CPLR article 78 *inter alia* to prevent petitioner's demotion from the rank of sergeant to the rank of patrolman in the City of Long Beach Police Department, he appeals from a judgment of the Supreme Court, Nassau County, entered August 21, 1975, which (1) granted respondents' cross motion to dismiss the proceeding and (2) dismissed the petition. Judgment affirmed, with costs (see *Matter of Reed v Bowen,* 51 AD2d 728). Hopkins, Acting P. J., Latham, Christ, Titone and Hawkins, JJ., concur.

■ In the Matter of CHARLES MASTROSIMONE, Petitioner, v LOUIS J. FRANK, as Commissioner of the Police Department of the County of Nassau, Respondent.—Proceeding pursuant to CPLR article 78 to review respondent's determination dated, May 8, 1975, which, after a hearing, dismissed the petitioner from his position in the Nassau County Police Department. Petition dismissed, without costs or disbursements. Petitioner commenced this proceeding more than 50 days following the service upon him of the determination sought to be reviewed. Subdivision d of section 8-13.0 of the Nassau County Administrative Code (L 1939, ch 272, § 1, as amd by L 1948, ch 436 § 1) provides that proceedings to review disciplinary proceedings against Nassau County policemen must be commenced within 30 days of the service upon the petitioner of the determination sought to be reviewed. Accordingly, this proceeding is time-barred. We note, however, that we have reviewed the record and the issues raised by the petitioner, and that, were those issues properly before us, we would deny the relief sought, confirm the determination under review and dismiss the petition on the merits. There is, in the record, substantial evidence to support the respondent's determination; the petitioner was accorded all procedural safeguards to which he was entitled. Martuscello, Acting P. J., Cohalan, Margett, Damiani and Rabin, JJ., concur.

■ In the Matter of CARL MICKLE, Petitioner, v LOUIS J. FRANK, as Commissioner of Police of the County of Nassau, Respondent.—Proceeding pursuant to CPLR article 78 to review respondent's determination, contained in his Order No. 50, dated July 8, 1975 and made after petitioner's plea of guilty to certain specifications, which fined petitioner 40 days' pay. Determination confirmed and proceeding dismissed on the merits, without costs or disbursements. In our opinion, the penalty imposed is not so shockingly disproportionate to the offenses committed as to require, or permit, this court to reduce it (see *Matter of Pell v Board of Educ. of Union Free School Dist. No. 1 of Towns of Scarsdale & Mamaroneck,* 34 NY2d 222). Martuscello, Acting P. J., Cohalan, Margett, Damiani and Rabin, JJ., concur.